(Counsel listed on following page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

AT&T MOBILITY SERVICES LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 2:12-CV-03694-GW-FMO

**STIPULATION REGARDING STAY OF PROCEEDINGS PENDING APPEAL OF REMAND ORDER**

| | |
|---|---|
| Ctrm: | 10 |
| Judge: | Hon. George Wu |
| Complaint Filed: | February 28, 2012 |
| FAC Filed: | April 6, 2012 |
| Action Removed: | April 27, 2012 |
| Trial: | None Set |

LAW OFFICES OF THOMAS W. FALVEY
THOMAS W. FALVEY (SBN 65744)
J.D. HENDERSON (SBN 235767)
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone: (626) 795-0205
Fax: 626.795.3096
tom@falveylaw.com, JD@falveylaw.com

ALEXANDER KRAKOW + GLICK LLP
Marvin E. Krakow (SBN 81228)
Michael S. Morrison (SBN 205320)
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: 310 394 0888
Fax: 310 394 0811
mkrakow@akgllp.com; mmorrison@akgllp.com

WUCETICH & KOROVILAS LLP
JASON M. WUCETICH (SBN 222113)
DIMITRIOS V. KOROVILAS (SBN 247230)
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245
Telephone: (310) 335-2001
Facsimile: (310) 364-5201
jason@wukolaw.com; dimitri@wukolaw.com

Attorneys for Plaintiff
ROBERT RODRIGUEZ individually, on behalf of all others similarly situated, and the general public

PAUL HASTINGS LLP
GEORGE W. ABELE (SBN 149846)
georgeabele@paulhastings.com
ELIZABETH A. BROWN (SBN 235429)
elizabethbrown@paulhastings.com
MARIO C. ORTEGA (SBN 272455)
marioortega@paulhastings.com
RYAN J. CRAIN (SBN 266172)
ryancrain@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
AT&T MOBILITY SERVICES LLC

Plaintiff ROBERT RODRIGUEZ ("Plaintiff") by and through his attorneys of record, Thomas W. Falvey and J.D. Henderson of the Law Offices of Thomas F. Falvey, Marvin E. Krakow and Michael S. Morrison of Alexander Ktrakow + Glick LLP, and Jason M. Wucetich and Dimitrios V. Korovilas of Wucetich & Krovilas LLP, and defendant AT&T MOBILITY SERVICES LLC ("AT&T" or Defendant") by and through its attorneys of record, George W. Abele and Elizabeth A. Brown of Paul Hastings LLP, hereby stipulate to the following:

WHEREAS during the July 2, 2012 hearing on Plaintiff's motion to remand, this Court requested that the parties propose a timeline for the stay of proceedings pending AT&T's contemplated appeal of the remand order;

WHEREAS pursuant to 28 U.S.C. § 1453(c)(1), the court of appeals may accept an appeal from an order of a district court granting a motion to remand a class action if the application is made not more than ten (10) days after entry of the order; and

WHEREAS pursuant to 28 U.S.C. § 1453(c)(2), if the court of appeals accepts the appeal, it must complete all action on the appeal, including rendering judgment, not later than sixty (60) days after the date on which such appeal was filed, absent an extension;

IT IS THEREFORE STIPULATED by and between the parties hereto:

1. The Court will stay the proceedings for ten (10) days following this Court's entry of the remand order while Defendant decides whether to apply to have an appeal heard by the Ninth Circuit;

2. If Defendant applies for an appeal, the Court will further stay the action for sixty (60) days pending the Ninth Circuit's action on appeal and extend that stay should an extension be issued at the appellate level; and

3. If the Ninth Circuit does not accept Defendant's application to appeal, Defendant will notify this Court of the Ninth Circuit Court of Appeals' decision within one (1) business day, at which point this Court may lift the stay.

DATED: July 6 , 2012

LAW OFFICES OF THOMAS W. FALVEY
WUCETICH & KOROVILAS LLP
ALEXANDER KRAKOW + GLICK LLP

By: /s/Michael Morrison
MICHAEL MORRISON

Attorneys for Plaintiff
ROBERT RODRIGUEZ
individually and on behalf of all others similarly situated

DATED: July 6, 2012

PAUL HASTINGS LLP

By: /s/ Elizabeth Brown
ELIZABETH A. BROWN

Attorneys for Defendant
AT&T Mobility Services LLC