**REMAND/MADE JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3694-GW(FMOx) | Date | July 16, 2012 |
|---|---|---|---|
| Title | *Robert Rodriguez v. AT & T Mobility Services, LLC, et al.,* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS): COURT ORDER RE PLAINTIFF'S MOTION TO REMAND AND FOR ATTORNEYS' FEES AND COSTS (filed 05/23/12)

Plaintiffs' motion to remand is granted, with the exception of the request for attorney's fees and costs. Matter is stayed pursuant to the parties' stipulation signed by the Court on July 10, 2012.

The above-entitled action is remanded to the Los Angeles County Superior Court for the State of California (BC479499).

:

Initials of Preparer   JG