JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT RODRIGUEZ, | CASE NO. CV 12-3694-GW(FMOX) |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE TO THE PUTATIVE CLASS AND WITH PREJUDICE TO PLAINTIFF** |
| vs. | |
| AT&T MOBILITY SERVICES LLC, a Delaware limited liability company, and DOES 1-10, inclusive, | |
| Defendants. | Judge: Hon. George Wu<br>Courtroom: 10 |
| | Complaint Filed: February 28, 2012<br>FAC Filed: April 6, 2012<br>Action Removed: April 27, 2012 |

# ORDER

Having reviewed the Stipulation for Voluntary Dismissal of Entire Action Without Prejudice to the Class and With Prejudice to the Plaintiff, and good cause appearing, the Court HEREBY RULES AS FOLLOWS:

**The Court dismisses the class claims in the above-captioned action, in their entirety, without prejudice.**

**The Court dismisses the individual claims of Plaintiff in the above-caption action, in their entirety, with prejudice.**

**The Court further orders that the Parties bear their own costs and fees.**

IT IS SO ORDERED.

DATED: August 1, 2014

By: _____
GEORGE H. WU, U.S. District Judge

-1-